## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA A. BROWN,<br><br>                Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | NO. ED CV 05-740-E<br><br>**MEMORANDUM OPINION**<br><br>**AND ORDER OF REMAND** |

Pursuant to sentence four of 42 U.S.C. section 405(g), IT IS HEREBY ORDERED that Plaintiff's and Defendant's motions for summary judgment are denied and this matter is remanded for further administrative action consistent with this Opinion.

**PROCEEDINGS**

Plaintiff filed a complaint on August 10, 2005, seeking review of the Commissioner's denial of benefits. The parties filed a consent to proceed before a United States Magistrate Judge on August 31, 2005. Plaintiff filed a motion for summary judgment on